ANDRÉ BIROTTE, JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON (SBN 240763)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-6165
    Facsimile: (213) 894-0115
    Email: Daniel.Layton@usdoj.gov

Attorneys for Petitioner
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

EDCV12-0664 VAP(SPx)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    vs.<br><br>DENNIS GIROUD,<br><br>    Respondent. | ) Case No.<br>)<br>) PETITION TO ENFORCE<br>) INTERNAL REVENUE SERVICE<br>) SUMMONS; MEMORANDUM OF POINTS<br>) AND AUTHORITIES; AND<br>) DECLARATION IN SUPPORT THEREOF<br>) (Redacted under L.R. 75-5.4)<br>)<br>)<br>) |

Petitioner alleges and petitions as follows:

1.    This proceeding is brought pursuant to 26 U.S.C. §§ 7402(b) and 7604(a) to judicially enforce an Internal Revenue Service ("IRS") summons and jurisdiction over this matter is conferred upon this Court by 28 U.S.C. §§ 1340 and 1345.  The IRS has properly served Respondent with a summons, and Respondent has failed to produce the requested documents and to appear and give testimony.

1

2.   Respondent, the summoned person, resides or conducts business (or both) within the boundaries of the federal judicial district of the Central District of California.

3.   The Internal Revenue Service is, and at all relevant times was, conducting an investigation regarding the federal tax liabilities for the taxpayer and the periods or years described on the summons.  A true and correct copy of the summons is attached as Exhibit 1 to the attached Declaration in support of this petition, at page 1 of that exhibit.

4.   In connection with this investigation, the summons was issued and served in accordance with law on Respondent in the manner described in the Certificate of Service for the summons. A true and correct copy of the Certificate of Service is attached at page 2 of Exhibit 1 to the attached Declaration.

5.   Respondent failed to give testimony and to produce the required books, records, papers, and other data in response to the summons, and such failure has continued to the date of this petition.

6.   The IRS is not in possession or control of the books, records, papers, and other data sought by the IRS summons.

7.   All administrative steps required by the Internal Revenue Code in connection with the issuance and service of the IRS summons have been taken.

8.   The testimony and books, records, papers, and other data sought by the IRS summons may be relevant to the IRS's investigation.

9.   The IRS has not recommended criminal prosecution of the taxpayer to the United States Department of Justice.  In

1 | addition, no Department of Justice referral, within the meaning
2 | of 26 U.S.C. § 7602(d), is in effect with respect to the
3 | taxpayer for the periods under investigation in relation to the
4 | summons.

5 | **WHEREFORE**, the United States respectfully requests the
6 | Court to enforce the IRS administrative summons as follows:

7 | A. Respondent be ordered to appear before this Court and
8 | show cause why Respondent should not be compelled to appear and
9 | to give testimony and to produce the books, records, papers, and
10 | other data as required by the IRS summons;

11 | B. That Respondent be ordered by this Court to appear
12 | before an authorized representative of the Internal Revenue
13 | Service at a time and place to be determined by the Internal
14 | Revenue Service to give testimony and produce the books,
15 | records, papers, and other data as specified in the IRS summons;
16 | and

17 | C. That the Court grant the United States its costs in
18 | this proceeding and such other and further relief as may be just
19 | and proper.

20 | Respectfully Submitted,

21 |
22 | ANDRÉ BIROTTE, JR.
     United States Attorney
23 | SANDRA R. BROWN
     Assistant United States Attorney
24 | Chief, Tax Division

25 | Date: 4/30/2012

26 | DANIEL LAYTON
27 | Assistant United States Attorney
     Attorneys for the United States of America
28 |

3

## MEMORANDUM OF POINTS AND AUTHORITIES

Section 7602(a) of the Internal Revenue Code, 26 U.S.C., grants the Internal Revenue Service the power to summon books, papers, records, or other data and to take the testimony of any person for the purpose of ascertaining the correctness of a tax return, to determine a taxpayer's tax liability, and to collect a taxpayer's tax liability as follows:

> For the purpose of ascertaining the correctness
> of any return, making a return where none has been
> made, determining the liability of any person for any
> internal revenue tax or the liability at law or in
> equity of any transferee or fiduciary of any person in
> respect of any internal revenue tax, or collecting any
> such liability, the Secretary is authorized --
>
> (1)   To examine any books, papers, records, or
> other data which may be relevant or material to such
> inquiry;
>
> (2)   To summon the person liable for tax or
> required to perform the act, or any officer or
> employee of such person, or any person having
> possession, custody, or care of books of account
> containing entries relating to the business of the
> person liable for tax or required to perform the act,
> or any other person the Secretary may deem proper, to
> appear before the Secretary at a time and place named
> in the summons and to produce such books, papers,
> records, or other data, and to give such testimony,
> under oath, as may be relevant or material to such

1    inquiry; and

2        (3)  To take such testimony of the person concerned, under

3        oath, as may be relevant or material to such inquiry.

4    See also Crystal v. United States, 172 F.3d 1141, 1143-44

5    (9th Cir. 1999).

6        Internal Revenue Code Sections 7402(b) and 7604 grant

7    authority to United States district courts to issue orders

8    compelling, through their powers of contempt, compliance with

9    the IRS summonses.  See also United States v. Gilleran, 992 F.2d

10   232, 233 (9th Cir. 1993).  An IRS summons is issued

11   administratively, "but its enforcement is only by federal court

12   authority in 'an adversary proceeding' affording the opportunity

13   for challenge and 'complete protection to the witness.'"

14   United States v. Church of Scientology of California, 520 F.2d

15   818, 821 (9th Cir. 1975) (quoting Donaldson v. United States,

16   400 U.S. 517, 525, 91 S. Ct. 534, 539, 27 L. Ed. 2d 459 (1971)).

17       Because the enforcement of an IRS summons invokes the

18   process of the court, the court will not enforce a summons if it

19   would constitute an abuse of process.  United States v. Powell,

20   379 U.S. 48, 58, 85 S. Ct. 248, 255, 13 L. Ed. 2d 112 (1964).

21   Such an abuse would occur if the summons was issued for an

22   improper purpose, such as, for example, to harass the taxpayer.

23   Id., 379 U.S. at 58; United States v. Stuart, 489 U.S. 353, 360,

24   109 S. Ct. 1183, 1188, 103 L. Ed. 2d 388 (1989).  Accordingly,

25   to obtain enforcement of an IRS summons, the government is

26   required to make a prima facie case for enforcement of the

27   summons.  Crystal, 172 F.3d at 1143-44; Gilleran, 992 F.2d at

28   233.

1    In order to establish a *prima facie* case for enforcement of
2  an IRS summons, the government need only make a "minimal" showing
3  that (1) the investigation will be conducted pursuant to a
4  legitimate purpose; (2) the inquiry may be relevant to the
5  purpose; (3) the information sought is not already within the
6  IRS's possession; and (4) that the administrative steps required
7  by the Internal Revenue Code have been followed.  <u>Crystal</u>,
8  172 F.3d at 1143-44, citing <u>Powell</u>, 379 U.S. at 57-58.  The
9  government's "burden is minimal 'because the statute must be read
10 broadly in order to ensure that the enforcement powers of the
11 IRS are not unduly restricted.'"  <u>Crystal</u>, 172 F.3d at 1144
12 (quoting <u>Liberty Financial Services v. United States</u>, 778 F.2d
13 1390, 1392 (9th Cir. 1985)).  Once the Government has made its
14 *prima facie* case, the summoned party bears the "heavy" burden to
15 "disprove the actual existence of a valid civil tax determination
16 or collection purpose by the Service[.]" <u>Crystal</u>, 172 F.3d at
17 1144.

18    Normally, the government makes the "good faith" showing of
19 materiality and relevancy required by <u>Powell</u> in the petition to
20 enforce the summons and the accompanying declaration of the
21 issuing IRS agent.  <u>See Crystal</u>, 172 F.3d at 1144 (quoting
22 <u>United States v. Dynavac, Inc.</u>, 6 F.3d 1407, 1414 (9th Cir.
23 1993)).

24    As to the required showing of relevance, the Supreme Court
25 stated in <u>United States v. Arthur Young & Co.</u>, 465 U.S. 805,
26 814, 104 S. Ct. 1495, 1501, 79 L. Ed. 2d 826 (1984):

27    As the language of § 7602 clearly indicates an IRS summons
28 is not to be judged by the relevance standards used in deciding

6

whether to admit evidence in federal court. *Cf*. Fed. Rule Evid.
401. The language "may be" reflects Congress' express intention
to allow the IRS to obtain items of even <u>potential</u> relevance to
an ongoing investigation without reference to its admissibility.
The purpose of Congress is obvious: the Service can hardly be
expected to know whether such data will in fact be relevant
until it is procured and scrutinized. As a tool of discovery,
the § 7602 summons is critical to the investigation and
enforcement functions of the IRS, <u>see</u> <u>United States v. Powell</u>,
379 U.S. 48, 57 (1964); the Service therefore should not be
required to establish that the documents it seeks are actually
relevant in any technical, evidentiary sense.
(emphasis in original).

"Once the Government has established its *prima facie* case,
the district court issues an order requiring the party on whom
the summons has been served to show cause, at an enforcement
hearing, why compliance with the summons should not be required."
<u>United States v. Samuels, Kramer and Co.</u>, 712 F.2d 1342, 1345
(9th Cir. 1983). The burden of proof is shifted to the person
challenging the summons to "refute the Government's <u>Powell</u>
showing of good faith to oppose successfully the enforcement of
an IRS summons." <u>Id.</u> at 1346; <u>see</u> <u>also</u> <u>Crystal</u>, 172 F.3d at
1144. "The taxpayer may challenge and attempt to rebut the *prima*
*facie* case of good faith the government has established or
attempt to show that enforcement of the summons would otherwise
constitute an abuse of process." <u>Gilleran</u>, 992 F.2d at 233;
<u>see</u> <u>also</u> <u>Crystal</u>, 172 F.2d at 1144. "The taxpayer, however,
carries a heavy burden of convincing the district court to deny

1  enforcement." Stuckey, 646 F.2d at 1372; accord Crystal,
2  172 F.3d at 1144.

3  "'[S]ummons enforcement proceedings should be summary in
4  nature and discovery should be limited.'" Derr, 968 F.2d at 945,
5  quoting Stuart, 489 U.S. at 369, quoting S. Rep. No. 97-494,
6  97th Cong. 2d Sess., vol. 1, 285 (1982); see also, Church of
7  Scientology, 520 F.2d at 821./ "'The taxpayer must allege specific
8  facts and evidence to support his allegations' of bad faith or
9  improper purpose." Crystal, 172 F.3d at 1144 (quoting United
10 States v. Jose, 131 F.3d 1325, 1328 (9th Cir. 1997)) and Liberty
11 Financial Services, 778 F.2d at 1392. A party opposing the
12 summons must be able to come forward with at least "a minimal
13 amount of evidence just to entitle him or her to an evidentiary
14 hearing." Stuckey, 646 F.2d at 1372. In this Circuit, the Court
15 may allow limited discovery "only if the taxpayer can make a
16 substantial preliminary showing of abuse or wrongdoing."
17 Stuckey, 626 F.2d at 1374.

18 In Donaldson, 400 U.S. at 528-29, the Supreme Court noted
19 that Rule 81(a)(3) of the of the Federal Rules of Civil
20 Procedure allows the Court to limit the application of the
21 federal rules in summons enforcement proceedings. In keeping
22 with the summary nature of these proceedings, the show cause
23 order is an appropriate tool to place the burden of proof on the
24 summoned party after the government's *prima facie* case has been
25 made.

26 If no substantial challenge to the validity of the summons
27 is made in a sworn affidavit or declaration alleging specific
28 facts, the matter should be decided on the pleadings before the

8

1  district court with no further proceedings, the summons should
2  be enforced, and the IRS should be allowed to obtain the
3  summoned testimony, books, papers, records, and other data.
4  See, e.g,. Liberty Financial Services, 778 F.2d at 1392-93 (IRS
5  affidavit was not controverted).

6      "Enforcement of a summons is generally a summary proceeding
7  to which a taxpayer has few defenses." Derr, 968 F.2d at 945;
8  accord Crystal, 172 F.3d at 1144.  "[T]he sole purpose of the
9  enforcement proceeding is to ensure that the IRS has issued the
10 summons for proper purpose and in good faith, and ... the
11 district court is strictly limited to enforcing or denying IRS
12 summonses." Jose, 131 F.3d at 1328-29.

### Conclusion

14     Accordingly, the filing of the petition to enforce IRS
15 summons and the declaration of the issuing IRS agent establish
16 the government's prima facie case for enforcement of the
17 summons.  As attested to in the declaration of the IRS agent who
18 issued the summons, the IRS is conducting an investigation to
19 determine the tax liabilities of the taxpayer, collect those
20 liabilities, or both, for the tax periods identified in the
21 summons; the information sought by the summons may be relevant
22 to that purpose; the IRS does not already have possession of the
23 information sought; and the administrative steps required by the
24 Internal Revenue Code for issuance and service of the summons
25 were followed.  The Court should now issue an order directing
26 Respondent to show cause why the IRS summons should not be
27 enforced.

28     If Respondent fails to respond to or rebut the government's

1  *prima facie* case for enforcement, then the Court should later
2  issue an order enforcing the IRS summons and compelling
3  Respondent to appear before an authorized representative of the
4  IRS at a time and place to be determined by the IRS, and give
5  testimony and produce the books, records, papers, and other data
6  for examination and copying as required by the Internal Revenue
7  Service summons.

8                          Respectfully Submitted,

9                          ANDRÉ BIROTTE, JR.
10                         United States Attorney
                           SANDRA R. BROWN
11                         Assistant United States Attorney
                           Chief, Tax Division
12

13  Date: 4/30/2012

14                         DANIEL LAYTON
15                         Assistant United States Attorney
                           Attorneys for the United States of
16                         America

17

18

19

20

21

22

23

24

25

26

27

28

                                 10

**DECLARATION IN SUPPORT OF PETITION TO
ENFORCE INTERNAL REVENUE SERVICE SUMMONS**
**Summoned Party: Dennis Giroud**
**Taxpayer: Dennis Giroud**

I, S. Johnson, pursuant to 28 U.S.C. § 1746(2), declare as follows:

1.   I am over eighteen years of age, and I am not a party in the government's federal court case to enforce the subject summons.

2.   My name as used and signed in the subject summons and this declaration is not a pseudonym.

3.   I am employed as a Revenue Officer in the California Area, Small Business/Self-Employed Division, of the Internal Revenue Service ("IRS").  I am authorized to issue IRS summonses under the authority of § 7602 of the Internal Revenue Code of 1986, 26 U.S.C. ("IRC" and "the Code").  *See* Treasury Regulations, § 301.7602-1, 26 C.F.R.; IRS Delegation Order No. 4 (as revised).

4.   As a revenue officer, my duties include the collection and investigation of federal income tax returns and other information, excise, or specialty returns that have been filed or should have been filed by individual and business taxpayers, including corporations, partnerships, and fiduciaries, in order to assist the IRS in determining the taxpayer's correct tax liability, and in cases where the required tax returns are not filed, I also assist the IRS in investigating whether such tax returns should have been filed and determining the taxpayer's correct tax liability.

5.   In my capacity as a Revenue Officer, I have been conducting an investigation into the collection of federal tax liabilities

-1-

1  of Dennis Giroud (the "taxpayer," "summoned party," and
2  "Respondent") for the taxable years ended December 31, 2003,
3  December 31, 2004, December 31, 2005, December 31, 2006,
4  December 31, 2007, and December 31, 2008  also referred to as
5  the calendar years 2003, 2004, 2005, 2006, 2007, and 2008, and
6  as the tax years 2003, 2004, 2005, 2006, 2007, and 2008
7  ("subject taxable periods" and "subject tax periods").
8  6.    The purpose of the investigation is the determination and
9  collection of the correct federal tax liabilities of Dennis
10 Giroud.
11 7.    As of the date of this declaration, I have not made any of
12 the final determinations referred to in the immediately
13 preceding paragraph.
14 8.    On April 26, 2011, in furtherance of the above-referenced
15 investigation and in accordance with IRC § 7602, I issued a
16 Collection Information Statement summons, IRS Form 6637, to
17 Dennis Giroud, to appear on June 30, 2011, before the IRS to
18 give testimony and to produce for examination documents,
19 records, and other information as described in the IRS summons.
20 A copy of the summons is attached hereto as Exhibit 1.
21 9.    On April 26, 2011, I served an attested duplicate original
22 copy of the IRS summons described in the immediately preceding
23 paragraph on Dennis Giroud, which I accomplished by handing the
24 attested duplicate original copy of the summons to Dennis
25 Giroud.  A copy of a certificate of service is attached hereto
26 as page 2 of Exhibit 1.
27 10.   On June 30, 2011, the summoned party failed to appear
28 before the IRS in response to the summons, although the summons

-2-

1  directed the summoned party to so appear before the IRS.  The

2  summoned party has not appeared before the IRS in response to

3  the summons, and the summoned party has not produced the

4  documents, records, and other information described in the

5  summons.  The summoned party has not otherwise provided the

6  summoned information.  The summoned party's failure to comply

7  with the summons continues to the date of this declaration.

8  11.  On September 7, 2011, the Office of Chief Counsel of the

9  IRS mailed the summoned party a "last chance letter."  The

10  letter directed him to appear before me on October 13, 2011 and

11  to produce the books, records and documents called for in the

12  summons.  The summoned party failed to appear on October 13,

13  2011 or to produce any of the books, records, or other documents

14  called for in the summons.  A copy of the "last chance letter"

15  is attached hereto as Exhibit 2.

16  12.  In response to the "last chance letter" the summoned party

17  sent the Office of Chief Counsel, with a copy to me, a document

18  he titled NOTICE OF INTENT TO FILE COMMERCIAL LIEN FOR

19  FRAUDULENT SUMMONS OF PROOF OF CLAIM.  A copy of the document is

20  attached hereto as Exhibit 3.

21  13.  All administrative steps required by the Internal Revenue

22  Code in connection with the issuance and service of the IRS

23  summons have been taken.

24  14.  The documents, records, and other information sought by the

25  IRS summons are not already in the possession of the IRS.

26  15.  The testimony and the documents, records, and other

27  information demanded by the IRS summons are necessary for the

28  determination and collection of the correct federal income tax

1  liabilities of Dennis Giroud for the subject tax periods.

2  16.  No recommendation for criminal prosecution of the taxpayer

3  has been made by the IRS to the United States Department of

4  Justice.  In addition, no Department of Justice referral, as

5  described in IRC § 7602(d), is in effect with respect to the

6  taxpayer.

7      I declare under penalty of perjury that the foregoing is

8  true and correct.

9

10  DATED: *10-20-2011*

                      S. Johnson
11                        Revenue Officer
12                        Internal Revenue Service

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

# Summons

## Collection Information Statement

**In the matter of** _Dennis Giroud ;_ ▮▮▮▮▮▮▮▮▮ , Victorville, CA 92394

**Internal Revenue Service** *(Identify Division)* _Small Business / Self Employed_

**Industry/Area** *(Identify by number or name)* _Small Business / Self Employed - Area 27_

**Periods:** _See Attachment 1 to Summons Form 6637 for Period Information_

### The Commissioner of Internal Revenue

**To:** _Dennis Giroud_

**At:** ▮▮▮▮▮▮▮▮ , Victorville, CA 92394

You are hereby summoned and required to appear before S. JOHNSON, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From _1/1/2011_  To _present_

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

## Do not write in this space

**Business address and telephone number of IRS officer before whom you are to appear:**

_290 N D ST, SAN BERNARDINO, CA 92401-1734 - (909)388-8401_

**Place and time for appearance:** At _290 N D ST, SAN BERNARDINO, CA 92401-1734_

# IRS

on the _30th_ day of _May_ , _2011_ at _10:00_ o'clock _P_ m.

Issued under authority of the Internal Revenue Code this _26th_ day of _April_ , _2011_

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 6637 (Rev.10-2010)
Catalog Number 25000Q

| S. JOHNSON | REVENUE OFFICER |
|---|---|
| Signature of issuing officer | Title |
| Signature of approving officer *(if applicable)* | Title |

EX. 1, p. 1

**Original -- to be kept by IRS**



# Certificate of
# Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|------|------|
| 4/26/11 | 3:45p |

**How**  ☒  I handed an attested copy of the summons to the person to whom it was directed.

**Summons**

**Was**  ☐  I left an attested copy of the summons at the last and usual place of abode of the person
to whom it was directed.  I left the copy with the following person *(if any)*.

**Served**

| Signature | Title |
|-----------|-------|
| *[signature]* | Revenue Officer |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|-----------|-------|
| *[signature]* | Revenue Officer |

Catalog No. 25000Q          Ex. 1, p. 2          Form **6637** (Rev. 10-2010)

# EXHIBIT 2



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
24000 AVILA ROAD, SUITE 4404
MAIL STOP 8800
LAGUNA NIGUEL, CA 92677
(949) 360-2681
FAX (949) 360-2675

SEP -7 2011

CC:SB:8:LN:2:GL-136406-11
PSTemple

Dennis Giroud
~~████████~~
Victorville, CA  92392

Dear Mr. Giroud:

The Area Director of Internal Revenue has notified our office that you did not comply with the provisions of the summons served on you on April 26, 2011. Under the terms of the summons, you were required to appear before Revenue Officer S. Johnson on June 30, 2011.

Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before Revenue Officer:

                Name: S. Johnson
                Date: October 13, 2011
                Time: 10:00 AM
             Address: 290 N. D Street
                      San Bernardino, CA  92401

Any books, records or other documents called for in the summons should be produced at that time. If you have any questions, please contact Revenue Officer Johnson at (909) 388-8401.

                        Sincerely,

                        MILES D. FRIEDMAN
                        Associate Area Counsel
                        (Small Business/Self-Employed)
                        T.C. Bar No. FM0260

cc: S. Johnson, Revenue Officer, San Bernardino

MMF 9/6/11

**EXHIBIT 3**



# NOTICE OF INTENT TO FILE COMMERCIAL LIEN
# FOR FRAUDULENT SUMMONS
# OR PROOF OF CLAIM

TO: DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS / SELF-EMPLOYED DIVISION COUNSEL
ATTN: MILES D. FRIEDMAN, ASSOCIATE AREA COUNSEL
2400 AVILA ROAD, SUITE 4404
MAIL STOP 8800
LAGUNA NIGUEL, CA 92677

Re: IRS SUMMONS, DENNIS E. GIROUD, SS NO. 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

Attn: Miles D. Friedman and S. Johnson

I am in receipt of your letter dated September 7, 2011 referring to a Summons.

I write you because of the potential commercial liability and criminal charges you face due to you and your associates unwarranted actions. On and for the record, your communication to me does not provide me with any validation or verification of whom you are or the authority under which you proceed against me in this matter. Therefore, you are to provide me with the following information within ten (10) days unless you write me via certified mail and postmarked within the same ten (10) day period and expressly ask for a reasonable amount of extra time to produce the following information:

(1) The name of the person authorizing this summons, his/her title, phone number and address;

(2) A verified filed copy of the 'oath of office' to Support and Defend the Constitution of the United States and the State of California of the individual authorizing this summons;

(3) Your full title, 'real' name, phone number, address;

(4) A verified copy of your California state issued Drivers license or State issued ID as well as your Agent number and ID for the IRS;

(5) A verified filed copy of your 'oath of office' to Support and Defend the Constitution of the United States and the State of California;

(6) A verified copy of the evidence of your delegation of duly constituted lawful authority to come against me in this matter;

(7) A verified copy of the document(s) you are relying on that prove the chain of title to give you authority over me in this matter and how that authority specifically applies to me;

(8) A verified copy of your Pocket Commission;

(9) A verified copy of the statutorily required 23C Assessment form the IRS completed in support of their claim in this matter;

(10) A verified copy of the Title 26 USC implementing Regulations that would allow for the lawful seizure of my funds;

(11)A verified copy of the statutorily mandated court order establishing on and for the record that the INTERNAL REVENUE SERVICE can legally or lawfully place a hold on any account held in the name of DENNIS EDWIN GIROUD or that the IRS can legally or lawfully seize funds from any account held in the name of DENNIS EDWIN GIROUD, SSN 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. (See CA UCC-11 enclosed)

(12)If you claim you can take my property pursuant to 26 USC 6331(a), then in order for you to not be guilty of fraud, theft and collusion, inland piracy, and numerous other 18 USC criminal violations, you will need to provide me verified documentation of the government agency you are claiming I am employed with;

(13)The implementing Regulations for 26 USC 6321 "Liens and Levies" 26 USC and 6331 – 6343 "Levy and Distraint" come under 27CFR, which is Alcohol, Tobacco and Firearms. If you are claiming that I am involved in *Alcohol, Tobacco and Firearms*, provide a verified copy of said documentation;

(14)26 USC 6331 Levy and Distraint. States that Levy can only be done against an Officer, Employee or elected Official of the United States.

26 USC 6331(a) ... Levy may be made upon the accrued salary or wages of any officer, employee, or elected official, of the United States, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia, by serving a notice of levy on the employer (as defined in section 3401(d)) of such officer, employee, or elected official...

If you are claiming that I am an employee, Officer or elected Official of the United States, provide a verified copy of said documentation;

(15)A verified copy of the proof from the Secretary as per 26 USC 6703 Rules applicable to penalties under sections 6700, 6701, and 6702

(a) **Burden of proof**
In any proceeding involving the issue of whether or not any person is liable for a penalty under section 6700, 6701, or 6702, the burden of proof with respect to such issue shall be on the Secretary.

(16)A verified copy of documentation stating you do not have to follow the United States Code, including but not limited to, 28 USC 3104 - Garnishment.

(a) In General.—
If the requirements of section 3101 are satisfied, a court may issue a writ of garnishment against property (excluding earnings) ...

(17)A verified copy of the implementing Regulations for 26 USC §6702;

(18)A verified copy of documentation stating Dennis Edwin Giroud is not the Administrator of the DENNIS E. GIROUD ESTATE.

(19)A verified copy of documentation stating you are not a public official trustee beholden a fiduciary duty and obligation to the people, as per 63C Am.Jur.2d, Public Officers and Employees, §247

(20)A verified copy of all bonds you are required by law to have in order to hold your position.

I am the paramount security interest holder in all the collateral, property and rights to the value and proceeds held in any account in the name of DENNIS EDWIN GIROUD, or any variation thereof, and SSN 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. See the perfected California UCC-1 filing (enclosed) which memorializes my claim.

The US Government takes on the status of a private corporation when dealing with commercial paper and all its members lose immunity, making all who come against me jointly and severally liable for any and all damages and loss;

A) "Governments descend to the level of a mere private corporation and take on the character of a mere private citizen [where private corporate commercial paper (securities) are concerned]" Bank of US v. Planters Bank, 9 Wheaton (22 US) 904, 6LEd 24

B) "When governments enter the world of commerce, it is subject to the same burdens as any private firm." U.S. v. Burr, 309 US 242, 60 Sct. 488, 84 LEd 244.

C) "For purposes of suit, such corporations and individuals are regarded as an entity ENTIRELY separate from government." Planters, infra.

D) "The plaintiffs are NOT suing the USA, but the corporation, and if its act was UNLAWFUL, even if they might have sued the USA, they are NOT cut off from a remedy against the AGENT that did the wrongful act.

E) In general the USA cannot be sued for a tort but its immunity does NOT extend to those who acted in its name." Sloan Shipyards v. US EFC 67 Cal. LR No. 6 (1979).

F) The American people are enemies of the State - Trading with the Enemy Act 1933 Act of 1917 & 1933 (People declared the Enemy) Oct. 6, 1917, under the Trading with the Enemy Act, Section 2 subdivision (c) Chapter 106 – Enemy defined "other than citizens of the United States…" March 9, 1933, Chapter 106, Section 5, subdivision (b) of the Trading with the Enemy Act of Oct. 6, 1917 (40 Stat. L. 411) amended as follows: "…any person within the United States." See H.R. 1491 Public No. 1.

Whenever you comply with instructions that are not backed by LAW, or you act outside your capacity as a 'public servant' or 'public official', you act in your private individual capacity you lose any immunity you might have had as a public official / servant and therefore become personally liable.

Therefore, if you want to avoid 4 times the amount for compensatory damages and 200 times the amount for damages plus $200 per hour for my time in having to address this matter as is provided for in the following court case, CLEOPATRA HASLIP et al. v. PACIFIC MUTUAL LIFE INSURANCE, INC. 499 U.S.1, 113 Fed 2d 1, 111 S. Ct. 1032 (no. 89-1279) -- For Conversion 4 times for Compensatory Damages 200 times for Punitive Damages; then provide me the verified copies as you are order to do above or drop the claim and send me verification of the terminated claim within ten (10) days of receipt as certified via a Notary Public.

See enclosed True Bill No. DEG110911 showing the amount owing should you fail to release the hold you fraudulently placed on property belonging to Secured Party, Dennis Edwin Giroud.

Without Recourse, All Rights Reserved,

DENNIS E. GIROUD, by:
Administrator for DENNIS E. GIROUD ESTATE
c/o 12593 ABILINE CT
VICTORVILLE, near 92392 California
Pursuant to UCC 3-402(b)

cc: INTERNAL REVENUE SERVICE
S. JOHNSON
REVENUE OFFICER
290 N. "D" STREET
SAN BERNARDINO, CA 92401



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
24000 AVILA ROAD, SUITE 4404
MAIL STOP 8800
LAGUNA NIGUEL, CA 92677
(949) 360-2681
FAX (949) 360-2675

**SEP -7 2011**

CC:SB:8:LN:2:GL-136406-11
PSTemple

Dennis Giroud
████████████
Victorville, CA  92392

Dear Mr. Giroud:

The Area Director of Internal Revenue has notified our office that you did not comply with the provisions of the summons served on you on April 26, 2011. Under the terms of the summons, you were required to appear before Revenue Officer S. Johnson on June 30, 2011.

Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before Revenue Officer:

        Name: S. Johnson
        Date: October 13, 2011
        Time: 10:00 AM
     Address: 290 N. D Street
              San Bernardino, CA  92401

Any books, records or other documents called for in the summons should be produced at that time. If you have any questions, please contact Revenue Officer Johnson at (909) 388-8401.

                        Sincerely,

                        MILES D. FRIEDMAN
                        Associate Area Counsel
                        (Small Business/Self-Employed)
                        T.C. Bar No. FM0260

cc: S. Johnson, Revenue Officer, San Bernardino

**SECRETARY OF STATE**

**STATE OF CALIFORNIA**

### Search Certificate

SEARCH REQUESTED ON:                                                    09/11/2011

Individual Debtor: **GIROUD DENNIS EDWIN**

Address: **NOT SPECIFIED**

Date Range From: **NOT SPECIFIED**

Search: **ALL**

---

The undersigned Filing Officer hereby certifies that there are no active financing statements, tax liens, attachment liens, or judgement liens on file in my office reflecting the above Debtor as of **08/31/2011  at 1700 hours.**

The search results herein reflect only the specific information requested.  The results of this Debtor search will not reflect variances of this name. If the Debtor is known under other personal names, trade names, business entities, or addresses, separate searches of these names will have to be requested and conducted.  The Secretary of State, his officers and agents disclaim any and all liability for claims resulting from other filings on which the name of the Debtor can be found in any other form than which was requested.

*Debra Bowen*

Debra Bowen
Secretary of State

Document Number: 30295470003          Page 1 of 1

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

D.E. Giroud

c/o 38908 Berrington Street

Palmdale, Ca.  [93551]

05-7016828986
02/22/2005 17:00

FILED
SECRETARY OF STATE

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME
1a. ORGANIZATIONS NAME: GIROUD,DENNIS EDWIN,ORGANIZATION/TRADENAME/TRADE MARK-DEBTOR

| | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME | | | |

1c. MAILING ADDRESS C/O 719 E. NEWMARK AVE.  CITY MONTEREY PARK  STATE CA  POSTAL CODE 91755  COUNTRY USA

1d. TAX ID # 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  ADD'L INFO RE ORGANIZATION DEBTOR  1e. TYPE OF ORGANIZATION DBA  1f. JURISDICTION OF ORGANIZATION USA  1g. ORGANIZATIONAL ID #, if any  ☐ NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME

3. SECURED PARTY'S NAME

| | FIRST NAME Dennis | MIDDLE NAME Edwin | SUFFIX |
|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME Giroud | | | |

3c. MAILING ADDRESS c/o 38908 Berrington Street  CITY Palmdale  STATE Ca  POSTAL CODE [93551]  COUNTRY USA

4. This FINANCING STATEMENT covers the following collateral:

This is Actual and Constructive Notice that all of Debtor's interest now owned or hereafter acquired is hereby accepted as collateral for securing contractual obligation in favor of the Secured Party as detailed in a true, complete, notarized Security Agreement in the possession of the Secured Party.

NOTICE: In accordance with UCC – Property - this is the entry of the Debtor in the Commercial Registry as a transmitting utility and the following property is hereby registered in the same as public notice of a commercial transaction: Certificate of Birth Document California State File #55 037604;Registration District #7068 Register's #7666 Employer Identification #963039579; UCC Contract Trust Account (pending): Twenty Two Dollars ($22) Silver Coins; All property is accepted for value and is exempt from Levy. Adjustment of this filing is from Public Policy HJR-192, Public Law 73-10 and UCC 10-104.  All proceeds, products, accounts, fixtures and the orders therefrom are released to the Debtor.

GIROUD,DENNIS EDWIN,ORGANIZATION/TRADENAME/TRADE MARK-DEBTOR

Secured Party: *Dennis Edwin Giroud*

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

**UCC FINANCING STATEMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME

GIROUD,DENNIS EDWIN,ORGANIZATION/
TRADENAME/TRADE MARK-DEBTOR

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11d. TAX ID # SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | ☐ NONE

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S   NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted   16. Additional collateral description:
    collateral, or is filed as a ☐ fixture filing.
14. Description of real estate:

15. Name and address of a RECORD OWNER of above-described real estate
    (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
    Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate
18. Check only if applicable and check only one box.
    ☒ Debtor is a TRANSMITTING UTILITY
    ☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
    ☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

CLEOPATRA HASLIP et al. v. PACIFIC MUTUAL LIFE INSURANCE, INC.
499 U.S.1, 113 Fed 2d 1, 111 S.Ct. 1032 (no. 89-1279)
For Conversion 4 times for Compensatory Damages 200 times for Punitive Damages

## ACCOUNTING AND TRUE BILL
### No. DEG110911

Libellant is entitled to 200.00 <u>Lawful</u> US Dollars per hour for all time spent on all letters and document preparation in replying to DEPARTMENT OF TREASURY / INTERNAL REVENUE SERVICE personnel and "Acceptance for Value" paperwork through September 11, 2011.

## COMPUTED AS FOLLOWS

| | |
|---|---|
| 50.00 | Funds seized from Alaska Federal Credit Union |
| 4,000.00 | 200.00/hour (20) for time spent on documents |
| 75.00 | preparation for Libellee(s) plus postage, Notary |
| 4,125.00 | Sum Certain of Actual Cost Funds |

## CONVERSION FOR UNAUTHORIZED ACTS AGAINST SECURED PROPERTY

## COMPUTED AS FOLLOWS

| | |
|---|---|
| 4,125.00 | Sum Certain of Actual Cost Funds |
| X 4 | Rights Violations Compensation Multiplier |
| 16,500.00 | Compensatory Damages |
| 16,500.00 | Sum Certain of Actual Cost Funds |
| X 200 | Punitive Compensation Multiplier |
| 825,000.00 | Punitive Damages |
| 16,500.00 | Compensatory Damages |
| 841,500.00 | Total Damages for Conversion |

## SUM CERTAIN FOR CONVERSION

<u>As of September 11, 2011 – 841,500.00 Lawful US Dollar</u>

<u>Eight Hundred Forty One Thousand Five Hundred Lawful US Dollars and no cents</u>

"Libellant reserves the right to amend and correct and adjust the accounting and True Bill" including the fees below.

The progressive Sum Certain in lawful US Dollars is in numerical parity with the Euro Dollar and any other superior currency backed by gold. Sum Certain may also be paid in any numerical value in gold and equal value in real property and natural resources, and any agreeable combination of the above.

The Fee Schedule below is from an Affidavit of Truth Notarized on April 27, 2011 and Notice is given herein via Affidavit of Notary Presentment. Confirmation of receipt is available upon request. Therefore, pursuant to UCC 1-103(b) the following doctrine applies:

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

## COUNTERCLAIM

THE FOLLOWING DAMAGES HAVE BEEN ASESSED AGAINST YOU BECAUSE YOU FAILED TO MEET THE REQUIREMENTS AS PROVIDED IN THE OPPORTUNITY TO CURE CONTAINED HEREIN:

1. Failure to state a claim upon which relief can be granted.
   One Hundred Thousand lawful US Dollars (100,000.00) per Third Party Defendant, per count, per violation, per occurrence.     200,000

2. Failure to respond as outlined herein.
   One Hundred Thousand lawful US Dollars (100,000.00) per Third Party Defendant, per count, per violation, per occurrence.     200,000

3. Default by non response or incomplete response.
   One Hundred Thousand lawful US Dollars (100,000.00) per Third Party Defendant, per count, per violation, per occurrence.     200,000

4. Dishonor In Commerce.
   One Hundred Thousand lawful US Dollars (100,000.00) per Third Party Defendant, per count, per violation, per occurrence.     200,000

5. Obstruction of Justice.
   One Hundred Thousand lawful US Dollars (100,000.00) per Third Party Defendant, per count, per violation, per occurrence.     200,000

6. Abuse of Authority.
   One Hundred Thousand lawful US Dollars (100,000.00) per Third Party Defendant, per count, per violation, per occurrence.     200,000

7. Denial of Due Process.     200,000

One Hundred Thousand lawful US Dollars (100,000.00) per Third Party Defendant, per count, per violation, per occurrence.

8.  Extortion.                                                              200,000

One Hundred Thousand lawful US Dollars (100,000.00) per Third Party Defendant, per count, per violation, per occurrence.

9.  Unlawful Arrest.

One Hundred Thousand lawful US Dollars (100,000.00) per Third Party Defendant, per count, per violation, per occurrence.

10.  Trespass.                                                             200,000

One Hundred Thousand lawful US Dollars (100,000.00) per Third Party Defendant, per count, per violation, per occurrence.

11.  Conspiracy to Defraud.                                                200,000

One Hundred Thousand lawful US Dollars (100,000.00) per Third Party Defendant, per count, per violation, per occurrence.

12.  Racketeering.                                                         200,000

One Hundred Thousand lawful US Dollars (100,000.00) per Third Party Defendant, per count, per violation, per occurrence.

13.  False Imprisonment.

One Hundred Thousand lawful US Dollars (100,000.00) per Third Party Defendant, per count, per violation, per occurrence.

14.  Abuse of Power.                                                       200,000

One Hundred Thousand lawful US Dollars (100,000.00) per Third Party Defendant, per count, per violation, per occurrence.

15.  Abuse of Process.                                                     200,000

One Hundred Thousand lawful US Dollars (100,000.00) per Third Party Defendant, per count, per violation, per occurrence.

16.  Coercion.                                                             200,000

One Hundred Thousand lawful US Dollars (100,000.00) per Third Party Defendant, per count, per violation, per occurrence.

18.  Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as contained herein. One Hundred Thousand lawful US Dollars (100,000.00), per calendar day, and interest of 1.5 % per month compounded daily for the first (30) Thirty Days from the date of default. After (30) Thirty Days beginning on the (31st) Thirty first Day after Default, the penalties for Failure to pay will increase by Five Hundred Thousand lawful US Dollars (500,000.00) for each calendar day that this counterclaim is not paid in full,

including interest. After (90) calendar days of the date of Default, the penalties for Failure to Pay Counterclaim will increase by Ten Thousand lawful US Dollars (10,000.00) per calendar day, that the Counterclaim is not paid in full, plus interest as indicated herein.

19. All Claims are stated in lawful US Dollars which means that a US lawful Dollar will be defined, for the purposes of this counterclaim as, a One Ounce Silver coin of .999 fine silver, or the equivalent par value as established by law or the exchange rate as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as outlined herein. If the claim is to be paid in Federal Reserve Notes or other certified funds, these funds will only be accepted at Par Value as indicated above.

20. Punitive damages will be assessed as seven (7) times the original amount of damages. Punitive damages will be added to the original amount of damages.

SUBTOTAL

TOTAL FOR CONVERSION                  2,800,000.00
                                        841,500.00

TOTAL in Lawful US Dollars

                                      3,641,500.00

Dennis Edwin Giroud, Beneficiary / Secured Party / Administrator
c/o ELISEO REYES RESURRECCION, Notary Public
3267 Cedar Ave
Long Beach, California 90806

That it is mandatory that Libellee(s) sign and certify "under penalty of perjury complete with SSN number under the laws of the United States of America" under 28 USC §1746 (1), all ANSWERS or any other correspondence in response to Libellant's Notice of Administrative Remedy, so that Libellant's can know that Libellant's is dealing with the Libellee(s) and that Libellee(s) is held to only those ANSWERS that are true, correct, complete, and not misleading and further; any facts alleged in Libellee(s)'s response must be on first-hand knowledge in affidavit form, properly sworn and subscribed to.
Libellant looks forward to your timely response. Further Libellant sayeth naught.

Given under my hand and seal this _11_ day of _September,_ 2011 A.D.

DENNIS EDWIN GIROUD, by: _____
Dennis Edwin Giroud, Administrator / Secured Party

# AFFIDAVIT OF NOTARY PRESENTMENT

## CERTIFICATION OF MAILING

State of California            )

Orange County                )

On this _11_ day of _SEPTEMBER_, 2011, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County of _LOS ANGELES_, do certify that Dennis Edwin Giroud appeared before me with the following documents listed below. I, _ELISEO REYES RESURRECCION JR._ the below signed notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office via Certified Mail No. 7008 2810 0002 0482 9975 to:

TO: DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS / SELF-EMPLOYED DIVISION COUNSEL
ATTN: MILES D. FRIEDMAN, ASSOCIATE AREA COUNSEL
2400 AVILA ROAD, SUITE 4404
MAIL STOP 8800
LAGUNA NIGUEL, CA 92677

1. Notice of Intent to File Commercial Lien
2. Copy of Department of Treasury Letter, dated 09-07-11
3. State of California UCC-11
4. Copy of State of California UCC-1 No. _05-7015 82 8980_
5. True Bill No. DEG110911
6. This Affidavit of Notary Presentment

And via regular mail to:
INTERNAL REVENUE SERVICE
S. JOHNSON
REVENUE OFFICER
290 N. "D" STREET
SAN BERNARDINO, CA 92401

Witness my hand and Official Seal.

_signature_                    _9/11/11_
NOTARY PUBLIC                  DATE



## LEGAL NOTICE

The Certifying/Affirming Custodian Notary is an independent contractor and not a party to this claim. In fact the Certifying/Affirming Custodian Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. Tampering with a witness, victim, or an informant. The Certifying/Affirming Custodian Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of 18 USC § 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. law. Use of a Notary or references to US codes, rules, regulations, statutes and the like does not constitute a granting of jurisdiction, waiving of any rights or an acceptance of any benefits or privileges, real or imagined.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Virginia A. Phillips and the assigned discovery Magistrate Judge is Sheri Pym.

The case number on all documents filed with the Court should read as follows:

## EDCV12- 664 VAP (SPx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[X] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

ORIGINAL

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | DENNIS GIROUD |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| United States Attorney Office, DANIEL LAYTON, AUSA<br>300 N. Los Angeles St., Room 7211, Los Angeles, CA 90012<br>Tel: (213) 894-6165  Fax: (213) 894-0115 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☑ 1 U.S. Government Plaintiff   ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No          ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
26 U.S.C. SECTIONS 7402(b) and 7604(a)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty<br>☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land<br>☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☑ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

EDCV12-0664

FOR OFFICE USE ONLY:   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                            ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                            ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                            ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☑ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino County | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____      Date 05/1/2012

    **Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |