1   ANDRÉ BIROTTE, JR.
    United States Attorney
2   SANDRA R. BROWN
    Assistant United States Attorney
3   Chief, Tax Division
    DANIEL LAYTON (SBN 240763)
4   Assistant United States Attorney
    Room 7211 Federal Building
5   300 North Los Angeles Street
    Los Angeles, CA 90012
6   T:(213) 894-6165 F:(213) 894-0115
    Email: Daniel.Layton@usdoj.gov
7   Attorneys for Petitioner
    United States of America
8
                    UNITED STATES DISTRICT COURT
9
                  CENTRAL DISTRICT OF CALIFORNIA
10
                        EASTERN DIVISION
11
    UNITED STATES OF AMERICA,      ) Case No. EDCV 12-00664-VAP(SPx)
12                                 )
           Petitioner,             )
13                                 ) ORDER TO SHOW CAUSE
           vs.                     )
14                                 )
    DENNIS GIROUD,                 )
15                                 )
           Respondent.             )
16  _____)
17
          Upon the Petition and supporting Memorandum of Points and
18
    Authorities, and the supporting Declaration in Support of
19
    Petition to Enforce Internal Revenue Service Summons, the Court
20
    finds that Petitioner has established its *prima facie* case for
21
    judicial enforcement of the subject Internal Revenue Service
22
    (IRS) summons.  See United States v. Powell, 379 U.S. 48, 57-58,
23
    85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also* Crystal v. United
24
    States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States
25
    v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United
26
    States, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's
27
    *prima facie* case is typically made through the sworn declaration
28

                                   1

1 | of the IRS agent who issued the summons); *accord*, <u>United States</u>
2 | <u>v. Gilleran</u>, 992 F.2d 232, 233 (9th cir. 1993).

3 |     Therefore, **IT IS ORDERED** that Respondent appear before this
4 | District Court of the United States for the Central District of
5 | California, at the following address on specified dated and
6 | time, and show cause why the testimony and production of books,
7 | papers, records, and other data demanded in the subject IRS
8 | summons should not be compelled:

9 | Date:        Monday, <u>July 9, 2012</u>
10 | Time:        2:00 p.m.
11 | Courtroom:  TWO
12 | Address:    ☐ United States Courthouse
13 |               312 N. Spring Street, Los Angeles, California, 90012

14 |               ☐ Roybal Federal Building and United States Courthouse
15 |               255 E. Temple Street, Los Angeles, California, 90012

16 |               ☐ Ronald Reagan Federal Building and U.S. Courthouse
17 |               411 West Fourth Street, Santa Ana, California, 92701

              ☑ **Brown Federal Building and United States Courthouse**
              **3470 Twelfth Street, Riverside, California, 92501**

18 |   **IT IS FURTHER ORDERED** that copies of this Order, the Petition,
19 | Memorandum of Points and Authorities, and accompanying
20 | Declaration be served on promptly upon Respondent by personal
21 | delivery, or by leaving copies of each of the foregoing
22 | documents at Respondent's dwelling or usual place of abode with
23 | someone of suitable age and discretion, or by certified mail.
24 | Service may be made by any employee of the IRS or the United
25 | States Attorney's Office.

26 |     **IT IS FURTHER ORDERED** that within ten (10) days after
27 | service upon Respondent of the herein described documents,
28 | Respondent shall file and serve a written response, supported by

1   appropriate sworn statements, as well as any desired motions.

2   If, prior to the return date of this Order, Respondent files a

3   response with the Court stating that Respondent does not oppose

4   the relief sought in the Petition, nor wish to make an

5   appearance, then the appearance of Respondent at any hearing

6   pursuant to this Order to Show Cause is excused, and Respondent

7   shall be deemed to have complied with the requirements of this

8   order.

9       **IT IS FURTHER ORDERED** that all motions and issues raised by

10  the pleadings will be considered on the return date of this

11  Order.   Only those issues raised by motion or brought into

12  controversy by the responsive pleadings and supported by sworn

13  statements filed within ten (10) days after service of the

14  herein described documents will be considered by the Court.  All

15  allegations in the Petition not contested by such responsive

16  pleadings or by sworn statements will be deemed admitted.

17

18

19  DATED:  May 02, 2012                *Virginia a. Phillips*

20                             HONORABLE VIRGINIA A. PHILLIPS
                               UNITED STATES DISTRICT JUDGE

21

22  Presented by,

23  ANDRÉ BIROTTE, JR.
    United States Attorney

24  SANDRA R. BROWN
    Assistant United States Attorney

25  Chief, Tax Division

26
    DANIEL LAYTON

27  Assistant United States Attorney
    Attorneys for United States of America

28